**[J-36-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 29 EAP 2021 |
| | : | |
| Appellee | : | Appeal from the Judgment of |
| | : | Superior Court entered on April 1, |
| | : | 2021 at No. 667 EDA 2020 affirming |
| v. | : | the judgment entered on January |
| | : | 27, 2020 in the Court of Common |
| | : | Pleas, Philadelphia County, Criminal |
| DANTE BROWN, | : | Division, at No. CP-51-CR-0006326- |
| | : | 2017. |
| Appellant | : | |
| | : | ARGUED: May 18, 2022 |

**ORDER**


**PER CURIAM**

    **AND NOW,** this 24th day of May, 2022, the appeal is **DISMISSED** as having been improvidently granted.